## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STANISLAW ZWOLINSKI and ) | |
| ANNA ZWOLINSKI ) | No. 16-35476 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | Hearing Date: 04/06/2018, 10:45 a.m. |

### NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on April 6, 2018 at 10:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge Pamela S. Hollis on the 2nd Floor of the Joliet City Hall, 150 West Jefferson Street, Joliet, Illinois, and then and there present for hearing the attached MOTION FOR RELIEF FROM STAY at which time and place you may appear as you see fit to do.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 8th day of March 2018, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 8th day of March 2018.

_____
Notary Public

KATHERINE L. SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

1

## SERVICE LIST

Stanislaw Zwolinski
1650 Aster Drive
Romeoville, Illinois 60446

Anna Zwolinski
1650 Aster Drive
Romeoville, Illinois 60446

Adam Suchy
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STANISLAW ZWOLINSKI and ) | |
| ANNA ZWOLINSKI ) | No. 16-35476 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | Hearing Date: 04/06/2018, 10:45 a.m. |

## MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, WESGLEN MASTER ASSOCIATION, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is WESGLEN MASTER ASSOCIATION, an Illinois not-for-profit corporation and homeowners association.

2. That the Debtors, STANISLAW ZWOLINSKI and ANNA ZWOLINSKI (hereinafter referred to as "Debtors") are the owners of residential real estate that is part of WESGLEN MASTER ASSOCIATION. Specifically, Debtors are the owners of the property located at 1650 Aster Drive, Romeoville, Will County, Illinois.

3. That pursuant to WESGLEN MASTER ASSOCIATION's governing documents, which have been recorded with the Recorder of Deeds of Will County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of WESGLEN MASTER ASSOCIATION.

4. That as owners of a unit at WESGLEN MASTER ASSOCIATION, the Debtors are obligated to pay assessments and other obligations arising out of ownership of their unit to WESGLEN MASTER ASSOCIATION.

1

5. That since the filing of Debtors' Chapter 13 petition on November 7, 2016 ("Petition Date"), the Debtors have failed to remain current on their post-petition obligation to pay monthly assessments to WESGLEN MASTER ASSOCIATION.

6. Accordingly, since the Petition Date and through the filing of this Motion, Debtors have failed to pay the amount of $918.00 in post-petition assessments and other obligations arising out of ownership of their unit to WESGLEN MASTER ASSOCIATION. Additionally, WESGLEN MASTER ASSOCIATION has incurred $600.00 in attorney's fees and $181.00 in court costs as a result of Debtors' failure to remain current on their post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7. Therefore, the total amount due through the filing of this Motion for post-petition assessments and other obligations arising out of ownership of their unit, as well as attorney's fees, and court costs is $1,699.00.

8. That pursuant to Section 362 of the Bankruptcy Code, WESGLEN MASTER ASSOCIATION moves this court for entry of an order modifying the automatic stay arising as a result of Debtors' Chapter 13 filing.

9. That WESGLEN MASTER ASSOCIATION is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtors for the assessments and other charges that became due and owing after Debtors' Chapter 13 filing.

10. That WESGLEN MASTER ASSOCIATION is entitled to relief from the automatic stay for the following reasons:

    a. Debtors have made material defaults under the terms of the Declaration;

    b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the

    Declaration which result in WESGLEN MASTER ASSOCIATION being deprived of adequate protection of its interest in the real estate; and

  c. The subject real estate is not necessary for a successful reorganization of the Debtors.

11. That WESGLEN MASTER ASSOCIATION requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, WESGLEN MASTER ASSOCIATION, prays this court enter an order modifying the stay permitting WESGLEN MASTER ASSOCIATION, to initiate collection proceedings of all post-petition association assessments due from the Debtors, STANISLAW ZWOLINSKI and ANNA ZWOLINSKI, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

                WESGLEN MASTER ASSOCIATION

                By: _____
                   One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446