UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
|    **Stanislaw Zwolinski** | : | **Case No.: 16-35476** |
|    **Anna Zwolinski** | : | **Chapter 13** |
| | : | **Judge Pamela S. Hollis** |
|    **Debtor.** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT
### 1650 ASTER DRIVE, ROMEOVILLE, IL 60446

      This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #56) which was filed in this court by U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Movant"), by and through its mortgage servicing agent Caliber Home Loans, Inc., Movant and Stanislaw Zwolinski and Anna Zwolinski (collectively, "Debtor"), by and through their attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of June 2018 through October 1, 2018, incurring a total post-petition arrearage of $12,797.20, which consists of 4 post-petition payments for July 1, 2018 through October 1, 2018 at $2,353.24 each, and attorney fees and costs of $1,031.00. There is $331.13 in suspense, which reduces the total post-petition arrearage to $10,112.83.

**IT IS HEREBY ORDERED:**

1.    In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a.    $1685.48 on or before October 20, 2018;

    b.    $1685.47 on or before November 20, 2018;

    c.    $1685.47 on or before December 20, 2018;

    d.    $1685.47 on or before January 20, 2019;

    e.    $1685.47 on or before February 20, 2019;

    f.    $1685.47 on or before March 20, 2019.

18-019363_EAM1

2. Debtor agrees to resume direct on-going post-petition payments to Movant beginning November 1, 2018.

3. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

4. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

5. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

6. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

7. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

ENTER:

DATED:_____        _____
                                    UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

_____        /s/ Briana Czajka
Umair M. Malik (6304888)              Briana Czajka
Todd J. Ruchman (6271827)             Geraci Law L.L.C.
Manley Deas Kochalski LLC             55 E. Monroe St. #3400
P.O. Box 165028                       Chicago, IL  60603
Columbus OH  43216-5028               Telephone:  312-332-1800
614-220-5611; Fax: 614-627-8181       Fax:
Attorney for Movant                   Email:  ndil@geracilaw.com
                                      Attorney for Debtor